IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02445-PAB-MJW

GISELA TUBIOLO,

      Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

      Defendant.

## ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment for the Plaintiff and against the Defendant. The Court has reviewed the pleading and is fully advised in the premises. It is ORDERED as follows:

1. The Unopposed Motion for Entry of Judgment for the Plaintiff and against the Defendant is granted.

2. Judgment shall enter for the Plaintiff, Gisela Tubiolo, and against the Defendant, Allied Interstate, Inc. in the amount of $4,750.00, plus post-judgment interest.

3. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Gisela Tubiolo, and against the Defendant, Allied Interstate, Inc., in the amount of $4,750.00, plus post-judgment interest.

Dated this 31st day of December, 2009.

BY THE COURT:

[signature]
United States District Judge